IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

TROY D. BAYLOR                              §

VS.                                        §           CIVIL ACTION NO. 1:18-cv-594

UNITED STATES OF AMERICA, ET AL.           §

ORDER

Plaintiff Troy D. Baylor, an inmate formerly confined at the Federal Correctional Complex in Beaumont, Texasa, proceeding *pro se* and *in forma pauperis*, filed the above-styled lawsuit.

Federal Rule of Civil Procedure 21 allows the court to sever claims originally brought in the same action. The rule provides that "[t]he court may . . . sever any claim against a party." FED. R. CIV. P. 21. The decision whether to sever is discretionary with the court. *Hammons v. Adams*, 786 F.2d 1253 (5th Cir. 1986).

On December 21, 2021, Plaintiff filed a Second Amended Complaint (Doc. #35) clarifying that he wishes to sue the United States of America and Dr. Sreedhar Polavapu. Plaintiff asserts a claim concerning an alleged assault by another inmate on November 30, 2016 and a claim of alleged delay in receiving follow-up medical treatment which occurred on March 28, 2017.

After reviewing all relevant factors, it is the opinion of the undersigned that Plaintiff's claims involve two factual scenarios which are separate and distinct from each other. Plaintiff's claims brought against the United States under the Federal Tort Claims Act ("FTCA") concerning the alleged attack by another inmate are factually distinct from his claims against the medical provider, Defendant Dr. Sreedhar Polavapu, for an alleged delay in follow-up treatment. Accordingly, Plaintiff's FTCA claims against Defendant United States of America should be severed from this action into a separate civil action. Plaintiff's claims concerning an alleged delay in his medical treatment against Defendant Dr. Sreedhar Polavapu will remain in this action. It is therefore

**ORDERED** that all of Plaintiff's claims asserted against Defendant United States of America concerning Plaintiff's alleged assault by another inmate are **SEVERED** from this action and shall

proceed as a separate civil action.  Plaintiff's claims against Defendant Dr. Sreedhar Polavapu will remain in the above-styled action.  The Clerk is **DIRECTED** to file Plaintiff's Second Amended Complaint (Doc. # 35) in the new civil action. The resulting new civil action should be assigned according to the regular practice for the allotment of newly-filed civil actions.

**SIGNED this the 12th day of January, 2022.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE