In The united states District court
For The Eastern District of Texas

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 21 2021

BY
DEPUTY_____

Troy D. Baylor )

Vs.          )          Case No. 1:18-cv-594

United States of America )

## In Response To Court order

Plaintiff wish to bring this claim against
(1) The united states of America
(2) Dr. Sreedhar Polavapu
League Medical concepts
3027 Marina Bay Drive, suite 110
League City, Texas. 77573

On November 30, 2016 in Beaumont U.S.P. at approx.
8:30/am while in the recreation Department I was
attacked by an unknown in which I've received
a broken right forearm, (2) two puncured wounds
to my left hand, along with (2) two broken

fingers on my left hand in an attack that lasted approx. 10-12 minutes (according to S.I.S./ S.I.A. Childress). During the entire attack there was no officers that was assigned to that post no where in the recreation department.

The officers abandoned their post displaying a dereliction of duty by failure to protect me and all the other inmate, leaving a common area unsupervised.

On or around December 10, 2016 plaintiff was transported to Beaumont Bone & Joint (BB&J), plaintiff was seen by Dr. O. Currie, who ordered a cast to be placed on my right, forearm down to my (2) two broken right fingers. Dr. Currie ordered to have me transported back to see him in (4) four weeks.

Dr. Sreedhar Polavapu of the League Medical Concepts

failed to have me transported back to the BB:J in the (4) four weeks that Dr. Currie ordered clearly in his notes on record. In fact, after constantly bring it to the attention of the medical Department by way of Sick-Call, I was not transported to BB:J until Approx. March 2017, March 28, 2017 See: Enclosed stamped APR 11, 2017.

Plaintiff humbly ask the court for an extention so that he can obtain documents that the court ordered. Plaintiff also ask the court which/what other documents are required to forfill the court order.

The plaintiff would like to bring to the court attention that the court order is dated: November 15, 2021, I did not receive the order until December 6, 2021, which leaves plaintiff with no time to respond.

See date prison official delivered the order, and

the date plaintiff signed for court order.

Respectfully Submitted
Troy D. Baylor
Troy Baylor

December 7, 2021



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, Texas 75051*

SEP 1 0 2018

**DATE MAILED:**
**Certified Receipt: 7017 0190 0000 5316 9595**

Troy Baylor
Reg. No. 78033-083
USP Canaan
P.O. Box 300
Waymart, PA 18472

Re:    Administrative Tort Claim No. TRT-SCR-2018-03918

Dear Mr. Baylor:

Your claim has been investigated and considered for administrative settlement under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-2680, and authority granted by 28 C.F.R. § 0.172.   You seek monetary damages in the amount of $31,000,000.00 (thirty-one million dollars for personal) for injury you allege you sustained as a result of an assault at the United States Penitentiary, Beaumont, Texas, on November 30, 2016.  Specifically, you allege that corrections staff failed to prevent the assault and that medical staff failed to subsequently provide you with proper medical care.

Section 2672 of the FTCA delegates to each federal agency the authority to consider, determine, and settle any claim for money damages against the United States for loss of personal property or injury caused by the negligent or wrongful act or omission of any employee of the agency while acting within the scope of his office or employment.

An investigation of this matter revealed no evidence to substantiate your claims that you sustained an injury caused by the negligent or wrongful act or omission of any employee of the United States acting within the scope of his or her employment.  As such, this claim is denied.

As relates to your alleged medical care claim, all medical care at FCC Beaumont is provided by League Medical Concepts (LMC), an independent contractor, as part of a comprehensive managed health care contract.  In accordance with 28 U.S.C. § 2671, the United States Government is not responsible for the actions or omissions of independent contractors.   If you wish to pursue a claim for injury resulting from the alleged negligence of LMC, you may present your claim to the following address:

League Medical Concepts
3027 Marina Bay Drive, Suite 110
League City, TX 77573

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| . Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Troy D. Baylor # 78033-083 Canaan (U.S.P.) P.O.Box 300 Waymart,PA.18472 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 10-29-1964 | 5. MARITAL STATUS Singal | 6. DATE AND DAY OF ACCIDENT November 30,2016 | 7. TIME (A.M. OR P.M.) Approx 8:30pm |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

On November 30,2016, while in the recreation center, I was attacked and hit with a POOLSTICK and a BROOMSTICK during a incident that lasted Approx.12-15 minutes. During this incident, I obtained the following injuries: a shttered right hand,a broken right forearm,two (2) broken fingers on my left hand, and two (2) puntured wounds to my right hand. It's obvious that the officers abandoned thier post for the duration of this incident.
On December 9th or 10th, I was transported to Beaumont Bone & joint, where I was seen by Dr. O. Currie. Dr. Currie ordered a cast be placed on my right arm, with instructions to be returned to see him in four (4) weeks; SEE ATTACHMENT. After several weeks of pain & discomfort, I asked Beaumont

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Beaumont (U.S.P.)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions overse side.)

SEE MEDICAL RECORDS

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

SEE MEDICAL RECORDS

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
| N/A | N/A |

12. (See Instructions on reverse) . AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | SEE ATTACHED | | $31,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| SIGNATURE OF CLAIMANT (See Instructions on reverse side.) Troy Baylor | 13b. Phone number of signatory N/A | 14. DATE OF CLAIM |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

1-409-839-3740      BEAUMONT BONE AND JOINT                                04:24:23 p.m.    12-14-2016        5

Assessments Transcription (Oscar J Currie, MD; 12/12/2016 10:35 AM)
Multiple fractures.


Plans Transcription (Oscar J Currie, MD; 12/12/2016 10:35 AM)
Radial gutter cast on the right side, ulnar gutter hand-based Exos on the left. I will see him back in one month with repeat radiographs of all these areas.


Signed electronically by Oscar J Currie, MD (12/9/2016 10:48 AM)



RECEIVED
DEC 15 2016
BY:_____
FCC BEAUMONT - USP

**Encounter #1**

**3/28/2017: Office Visit - Nonunion fracture of right ulna (733.82 | S52.201K), Finger joint stiff, right (719.54 | M25.641), Finger joint stiff, right (719.54 | M25.641), Finger joint stiff, right (719.54 | M25.641) (Oscar J Currie, MD)**
Troy Baylor
3/28/2017 9:43 AM
Location: BBJI OFFICE
Patient #: 9646990
DOB: 11/29/1964
Undefined / Language: English / Race: White
Male

History of Present Illness (Oscar J. Currie MD; 3/28/2017 1:46 PM)
The patient is a 52 year old male who presents for a Recheck of Arm pain. The onset of the arm pain has been acute (RIGHT ULNA FX) and has been occurring for 4 months (DOI:11/30/16).

Subjective Transcription (Oscar J. Currie, MD; 3/30/2017 8:44 AM)
Troy Baylor is a 52-year-old male who had previously evaluated for right ulna fracture and index finger metacarpal neck fracture back in December. We placed him in either a cast or an Exos. He was post-come back a month later, did not return until today. He is complaining of pain in his arm.

Allergies (Oscar J Currie, MD; 3/28/2017 10:08 AM)
No Known Drug Allergies 03/28/2017

Family History (Oscar J Currie, MD; 3/28/2017 10:08 AM)
Non-Contributory Family History

Social History (Oscar J Currie, MD; 3/28/2017 10:09 AM)
No drug use
Non drinker / no alcohol Use
Tobacco use  Former smoker.

Medication History (Oscar J Currie, MD; 3/28/2017 10:09 AM)
No Current Medications
Medications Reconciled

Past Surgical History (Oscar J Currie, MD; 3/28/2017 10:09 AM)
Non-Contributory Past Surgical History

Health Maintenance History (Oscar J Currie, MD; 3/28/2017 10:09 AM)
Flu Vaccine 03/28/2017 None.

Other Problems (Oscar J Currie, MD; 3/28/2017 10:09 AM)
Non-Contributory Other Past History History

Review of Systems (Oscar J. Currie MD; 3/28/2017 1:46 PM)
**General** Not Present- Chills and Fatigue.
**Skin** Not Present- Bruising, Pallor and Skin Color Changes.
**Respiratory** Not Present- Cough and Difficulty Breathing.
**Cardiovascular** Not Present- Chest Pain, Fainting / Blacking Out and Rapid Heart Rate.
**Musculoskeletal** Present- Decreased Range of Motion, Joint Pain (Stiffness.) and Joint Swelling.
**Neurological** Not Present- Dysesthesia, Paresthesias and Weakness In Extremities.
**Hematology** Not Present- Abnormal Bleeding, Blood Clots and Petechiae.

Objective Transcription (Oscar J Currie, MD; 3/30/2017 8:44 AM)
Examination in general reveals he is alert and oriented x3, in no acute distress. Oropharynx is benign. Neck has no adenopathy or thyromegaly. Abdomen is soft, nontender, and nondistended. Chest, he has normal respiratory effort. He has significant stiffness of his fingers. Given the fact that he was in a cast. He also has tenderness over the ulna fracture. He does have full pronation, supination of the arm. Forward flexion, extension of the elbow.

X-RAY INTERPRETATION
Radiographs reveal that he has ulnar nonunion.

Assessment & Plan (Oscar J. Currie MD; 3/28/2017 1:45 PM)
Nonunion fracture of right ulna (733.82 | S52.201K)
Current Plans

• Forearm (2 views) (73090) (RIGHT)
Finger joint stiff, right (719.54 | M25.641)
Finger joint stiff, right (719.54 | M25.641)
Finger joint stiff, right (719.54 | M25.641)

RECEIVED
APR 11 2017
FCC BEAUMONT-USP

Assessments Transcription (Oscar J Currie, MD; 3/30/2017 8:44 AM)
Right ulnar nonunion and also finger stiffness secondary to being in the cast too long.


Plans Transcription (Oscar J Currie, MD; 3/30/2017 8:44 AM)
I am going to place him on the schedule for ulnar nonunion repair. We will also do a manipulation under anesthesia of his fingers. Risks, benefits, alternatives, and indications were discussed and he agreed to proceed with surgery.


Signed electronically by Oscar J Currie, MD (3/28/2017 1:46 PM)

RECEIVED
APR 1 1 2017

FCC BEAUMONT - USP



INMATE NAME/NUMBER: Troy Baylor
FEDERAL CORRECTIONAL COMPLEX-AL
P.O. BOX 3000
WHITE DEER, PA 17887

CERTIFIED MAIL

7021 0350 0000 4011 3962

Clerk
United States District Court
3000 Willow Street, Suite K4
Beaumont TX 77701

U.S. POSTAGE PAID
FCM LETTER
WHITE DEER, PA
17887
DEC 14, 21
AMOUNT
$0.00
R2305K138972-03

77701